**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDERICA BALLARD, et al., | |
|         Plaintiffs, | Case No. 2:13-cv-00130-APG-NJK |
| vs. | ORDER REGARDING PLAINTIFFS WILLIAM H. BALLARD IV AND DANIEL BALLARD |
| LAS VEGAS METROPOLITAN POLICE, et al., | |
|         Defendants. | |

Plaintiffs William H. Ballard IV and Daniel Ballard appear to be minor children. *See* Am. Compl. ¶¶ 5, 9. On Febraury 12, 2013, the Court issued an order requiring, among other things, that William H. Ballard IV and Daniel Ballard complete an application to appear *in forma pauperis* and that someone must apply to appear on their behalf as a guardian *ad litem* (that is an adult who will appear for them in court and be responsible for signing documents on their behalf). Docket No. 2. The Court ordered that Plaintiffs must comply no later than March 15, 2013. *Id.* The Court further notified Plaintiffs that "[f]ailure to comply with this Order will result in a recommendation to the District Judge that . . . Plaintiffs William H. Ballard IV and Daniel Ballard be dismissed as Plaintiffs." *Id.*

Plaintiffs William H. Ballard IV and Daniel Ballard filed applications to appear *in forma pauperis*, Docket Nos. 3, 4, **but failed to have a motion filed for an adult to appear on their behalf as a guardian** *ad litem*. The Court will extend Plaintiffs one more opportunity to do so, but again notifies Plaintiffs that their failure to comply with this Order will result in a recommendation

to the District Judge that Plaintiffs William H. Ballard IV and Daniel Ballard be dismissed as Plaintiffs.

Accordingly, **IT IS ORDERED** that:

1. Plaintiffs William H. Ballard IV and Daniel Ballard shall have a motion filed by an adult seeking to represent them as a guardian *ad litem* no later than **July 3, 2013**.
2. Failure to comply with this Order will result in a recommendation to the District Judge that Plaintiffs William H. Ballard IV and Daniel Ballard be dismissed as Plaintiffs.

IT IS SO ORDERED.

DATED: June 3, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2