1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FREDERICA BALLARD, et al.,                    )
                                              )
          Plaintiffs,                   )        Case No. 2:13-cv-00130-APG-NJK
                                              )
vs.                                           )        ORDER REGARDING PLAINTIFFS
                                              )        NATHAN J. BALLARD AND
LAS VEGAS METROPOLITAN POLICE, et al.,        )        PSALM M. BALLARD
                                              )
          Defendants.                   )
_____)

13        On March 18, 2013, Plaintiffs filed an amended complaint that appears to add Nathan J.

14   Ballard and Psalm M. Ballard as named Plaintiffs in this matter.  *See* Docket No. 7.  It appears that

15   Nathan J. Ballard and Psalm M. Ballard are Frederica Ballard's minor children. *See* Am. Compl. at

16   ¶¶ 5, 9; *see also* Docket No. 8.  Even in the instance of minor children, however, *each* plaintiff must

17   submit an application to proceed in forma pauperis. In addition, minors may not represent

18   themselves and, instead, someone must apply to appear on their behalf as a guardian *ad litem* (that is

19   an adult who will appear for them in court and be responsible for signing documents on their

20   behalf). Therefore, in the event that Nathan J. Ballard and Psalm M. Ballard intend to remain as

21   Plaintiffs in this case, each must (1) file a completed Application to Proceed In Forma Pauperis

22   explaining that he is a minor and describing his financial information (if any); and (2) have a motion

23   filed by an adult seeking to represent him as a guardian *ad litem*.

24        Accordingly, **IT IS ORDERED** that:

25        1.        If Plaintiffs Nathan J. Ballard and Psalm M. Ballard intend to remain Plaintiffs in

26                  this matter, each must (1) file a completed and signed Application to Proceed In

27                  Forma Pauperis explaining that he is minor and describing his financial information;

28                  and (2) have a motion filed by an adult seeking to represent him as a guardian *ad*

1                *litem.*

2.     Plaintiffs Nathan J. Ballard and Psalm M. Ballard shall have until **July 3, 2013** to file Applications to Proceed In Forma Pauperis and to have motions filed seeking representation through a guardian *ad litem.*

3.     The Clerk of Court shall mail Plaintiffs two blank Applications to Proceed In Forma Pauperis for non-incarcerated litigants.

4.     Alternatively to filing Applications to Proceed In Forma Pauperis, Plaintiffs may pay the $400.00 filing fee no later than July 3, 2013.

5.     Failure to comply with this Order will result in a recommendation to the District Judge that Plaintiffs Nathan J. Ballard and Psalm M. Ballard be dismissed as Plaintiffs.

IT IS SO ORDERED.

DATED: June 3, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2