# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICA BALLARD, et al.,<br><br>        Plaintiff(s),<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE, et al.,<br><br>        Defendant(s). | Case No. 2:13-cv-00130-APG-NJK<br><br>ORDER DENYING WITHOUT PREJUDICE MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM<br>(Docket No. 13) |

Pending before the Court is a motion for appointment of guardian ad litem. Docket No. 13. Although not entirely clear, it appears that Plaintiff Frederica Ballard is requesting that she be appointed as the guardian ad litem for her minor children, Nathan J. Ballard and Psalm M. Ballard. *See id.*; *see also* Docket Nos. 14, 15 (applications to appear in forma pauperis signed by Frederica Ballard on behalf of Nathan J. Ballard and Psalm M. Ballard). Frederica Ballard is proceeding in this case *pro se*. The Ninth Circuit has held "that a parent or guardian cannot bring an action on behalf of a minor child without retaining a lawyer." *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997). Accordingly, the motion for appointment of guardian ad litem is DENIED without prejudice. Any renewed motion for appointment of guardian ad litem must be filed only after retaining counsel and no later than **August 10, 2013.**

    IT IS SO ORDERED.

    DATED: July 11, 2013

                                        _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge