# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FREDERICA BALLARD, et al.,

        Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE, et al.,

        Defendants.

Case No. 2:13-cv-00130-APG-NJK

ORDER

        The Court has received a receipt of the filing fee paid by Plaintiffs. Docket No. 24. Accordingly, Plaintiffs' amended complaint (Docket No. 7) shall be deemed filed as of the date of this order. Plaintiffs shall serve Defendants in compliance with Federal Rule of Civil Procedure 4 within 120 days. *See* Fed. R. Civ. P. 4(m).

        IT IS SO ORDERED.

        DATED: March 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge