# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FREDRICA BALLARD, et al,

        Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE, et al,

        Defendants.

Case No. 2:13-cv-00130-APG-NJK

**ORDER GRANTING MOTION TO QUASH SERVICE**

(Docket No. 34)

      Pending before the Court is a motion to quash service filed on August 8, 2014 by Defendant Nevada Parole and Probation. Docket No. 34. To date, no response has been filed. "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Local Rule 7-2(d). Accordingly, the motion to quash is hereby GRANTED.

      Dated: August 29, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE