**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDRICA BALLARD, et al., ) | |
| ) | Case No. 2:13-cv-00130-APG-NJK |
| Plaintiffs, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| LAS VEGAS METROPOLITAN POLICE, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the order for Plaintiffs to show cause in writing, no later than November 3, 2014, why this case should not be dismissed for their failure to update their address and comply with Court orders. Docket No. 56. The Court specifically warned Plaintiffs that "[t]he failure to respond to this order to show cause will result in a recommendation that Plaintiffs' claims be dismissed with prejudice." *Id.* Notwithstanding that warning, Plaintiffs failed to comply with the Court's order to show cause. The Court has now warned Plaintiffs on several occasions that case-dispositive sanctions can be imposed for their failure to file a notice of updated address and comply with Court orders. Nonetheless, Plaintiffs continue to fail to do so. Accordingly, it appears that Plaintiffs have chosen not to continue to pursue this case.[1]

//

---

[1] Plaintiffs have also failed to respond to important motions. *See* Docket No. 35 (order granting motion to quash service as unopposed); Docket No. 57 (order granting motion to quash service as unopposed); *see also* Docket Nos. 42, 44 (motions to dismiss for which no response has been filed).

1  The Court hereby **SETS** a hearing on its order to show cause for 4:00 p.m. on November 13, 2014, in Courtroom 3D. Plaintiffs are **ORDERED** to attend that hearing in person. The failure to do so will result in a recommendation that this case be dismissed with prejudice.

Dated: November 5, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE