UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDRICA C. BALLARD, et al., | |
| Plaintiff(s), | Case No. 2:13-cv-00130-APG-NJK |
| vs. | ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | (Docket No. 60) |
| Defendant(s). | |

The Court has set a hearing for November 13, 2014. Docket No. 59. The Court has ordered Plaintiffs to appear at that hearing in person, *see id.*, and that order remains unchanged. The Court is not requiring any defendants' counsel to appear at that hearing, but they are free to do so if they wish. Pending before the Court is a motion by counsel for Defendant Nevada Parole and Probation to appear telephonically. Docket No. 60. That motion is hereby GRANTED. To the extent any defendants' counsel wishes to attend the hearing telephonically, they may do so by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: November 6, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge