UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDRICA C. BALLARD, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>                Defendants. | Case No. 2:13-cv-0130-APG-NJK<br><br>**ORDER DISMISSING DEFENDANTS LOS ANGELES TIMES, NEW YORK BUGLE, THE SUN, CLARK COUNTY DETENTION CENTER, MISSOURI DEPARTMENT OF FAMILY SERVICES, AND CLARK COUNTY DISTRICT COURT** |

      On April 29, 2015, plaintiffs were advised by the court (Dkt. #67) that this action would be dismissed without prejudice as to defendants Los Angeles Times, New York Bugle, The Sun, Clark County Detention Center, Clark County District Attorney, Missouri Department of Family Services, and Clark County District Court unless on or before May 29, 2015, plaintiffs filed proper proof of service or showed good cause why such service was not timely made.  Plaintiffs have failed to file proof of service nor shown good cause. Nor have plaintiffs shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m). Therefore,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is, **DISMISSED without prejudice only as to defendants Los Angeles Times, New York Bugle, The Sun, Clark County Detention Center, Clark County District Attorney, Missouri Department of Family Services, and Clark County District Court**.

Dated:  June 2, 2015.

                                                                             ANDREW P. GORDON<br>
                                                                             UNITED STATES DISTRICT JUDGE