# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICA BALLARD, et al., | |
| Plaintiffs, | Case No. 2:13-cv-00130-APG-NJK |
| vs. | ORDER |
| LAS VEGAS METROPOLITAN POLICE, et al., | |
| Defendants. | |

    Defendant Las Vegas Metropolitan Police Department filed an answer in this case. Docket No. 51. Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(d), the parties are required to hold a discovery conference and file a joint proposed discovery plan. The Court hereby **ORDERS** the parties to hold the Rule 26(f) conference no later than July 6, 2015, and to file a joint proposed discovery plan no later than July 20, 2015.

    IT IS SO ORDERED.

    DATED: June 22, 2015

    _____
    NANCY J. KOPPE
    United States Magistrate Judge