UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FREDERICA BALLARD, et al.,

          Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE, et al.,

          Defendants.

Case No. 2:13-cv-00130-APG-NJK

ORDER

On June 22, 2015, the Court ordered Plaintiffs and Defendant Las Vegas Metropolitan Police Department ("LVMPD") to hold the Rule 26(f) conference no later than July 6, 2015, and to file a joint proposed discovery plan no later than July 20, 2015. Docket No. 73. Now pending before the Court is LVMPD's notice that it sent Plaintiffs a notice of the Rule 26(f) conference to be held on July 6, 2015, and that Plaintiffs failed to respond or participate in the conference. *See* Docket No. 74. The Court hereby **ORDERS** Plaintiffs to contact LVMPD's attorney to arrange for a Rule 26(f) conference no later than July 28, 2015. LVMPD's attorney is Thomas Dillard and his phone number is (702) 384-4012. In the event that Plaintiffs fail to contact LVMPD's attorney by July 28, 2015, LVMPD shall file a notice so stating. The Court further **ORDERS** Plaintiffs and LVMPD to hold the Rule 26(f) conference no later than August 3, 2015, and to file a proposed discovery plan no later than August 10, 2015.

**The Court cautions Plaintiffs that they must comply with this order. The failure to comply with this order may result in the imposition of sanctions, including dismissal of this case.**

IT IS SO ORDERED.

DATED: July 14, 2015

                                            NANCY J. KOPPE
                                            United States Magistrate Judge