UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDRICA C. BALLARD, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 2:13-cv-0130-APG-NJK<br><br>**ORDER ON REPORT AND RECOMMENDATIONS**<br><br>(Dkt. #79) |

On September 4, 2015, Magistrate Judge Koppe entered a report and recommendation that I dismiss the complaint with prejudice because the plaintiffs repeatedly have not complied with court orders. (Dkt. #79.) The plaintiffs did not file an objection. Nevertheless, I conducted a de novo review of the issues set forth in the report & recommendation. 28 U.S.C. § 636(b)(1). Judge Koppe sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(Dkt. #79) is accepted and the amended complaint (Dkt. #31) is DISMISSED with prejudice.** The clerk is directed to enter judgment accordingly.

DATED this 2nd day of October, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE